IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOMINIQUE MOORE,

    Plaintiff,

vs.

CITY OF CHICAGO, CHICAGO POLICE
OFFICERS, HANRAHAN, Star No. 4780, VOGT,
Star No. 6802, BURZINSKI, Star No. 19589,
KURI, Star No. 16202, and O'GRADY,
Star No. 12504,

    Defendants.

Case No. 14 CV 06933

HONORABLE JUDGE NORGLE

Magistrate Judge Schenkier

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

James M. Baranyk
Attorney for Plaintiff, Dominique Moore
Second City Law, P.C.
33 North Dearborn, Suite 1950
Chicago, Illinois 60642
(773) 517-2904
Attorney No. 6292337
FEIN: 47-14 77365
DATE: 4/23/2015

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago
BY: Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 4/27/2015

Daniel Nixa, Assistant Corporation Counsel
Attorney for Defendants,
Thomas Hanrahan, Cesar Kuri, Michael Vogt,
Michael O'Grady and Courtney Burzinski
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5890
Attorney No. 6284817 6300 430
DATE: 4/27/15